UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PNC Bank, National Association,
successor to National City Bank,
a national banking association,

    Plaintiff,                                                Case No. 10-13744
                                                                Hon. Lawrence P. Zatkoff

vs

General Oil Company Incorporated, a Michigan
corporation, Orbis Properties, L.L.C., a Michigan limited
liability company, Waste Compliance Services, Inc., a
Michigan corporation, GOC Services, Inc., d/b/a
EIS, Inc., a Michigan corporation, General, LLC,
a Michigan limited liability company
and Timothy A. Westerdale,

    Defendants.
_____/

| | |
|---|---|
| Plunkett Cooney<br>By: Douglas C. Bernstein (P33833)<br>Emily M. Coyle (P74123)<br>Attorneys for Plaintiff<br>38505 Woodward Ave., Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000; (248) 901-4040 (fax)<br>dbernstein@plunkettcooney.com<br><br>Conlin, McKenney & Philbrick, P.C.<br>By:  Chris L. McKenney (P17473)<br>Attorney for Timothy A. Westerdale<br>350 S. Main Street, Suite 400<br>Ann Arbor, Michigan 48104-2131<br>(734) 761-9000; (734) 761-9001 (fax)<br>mckenney@cmplaw.com | Jacob & Weingarten, P.C.<br>By:  Howard S. Sher (P38337)<br>Attorney for Barry P. Lefkowitz, Receiver<br>2301 W. Big Beaver Rd., Suite 777<br>Troy, MI  48084<br>(248) 649-1900<br>howard@jacobweingarten.com |

_____/

**DEFAULT JUDGMENT**

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment as to all Defendants Except Timothy A. Westerdale resulting from Defendants, General Oil Company Incorporated, Orbis Properties, L.L.C., Waste Compliance Services, Inc., GOC Services, Inc., d/b/a EIS, Inc., and General, LLC having failed to answer Plaintiff's Complaint within the time period allowed, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that a money judgment is entered against General Oil Company Incorporated, Orbis Properties, L.L.C., Waste Compliance Services, Inc., GOC Services, Inc., d/b/a EIS, Inc., and General, LLC, jointly and severally, in the amount of $1,046,712.00 as follows:

   a. Obligation 3213:  Principal amount owing of $717,717.45 and accrued but unpaid interest of $166,958.71 for a total amount due of $884,676.16 through August 29, 2013.

   b. Obligation 3222: Principal amount owing of $14,564.09, accrued but unpaid interest of $10,218.45 and late charges of $932.30 for a total amount due of $25,714.84 through August 29, 2013.

   c. Obligation 3238:  Principal amount owing of $2,563.98, accrued but unpaid interest of $5,711.26 and late charges of $700.98 for a total amount due of $9,066.22 through August 29, 2013.

   d. Obligation 3245:  Principal amount owing of $9,049.84 and accrued but unpaid interest of $5,531.91 for a total amount due of $14,581.75 through August 29, 2013.

   e. Orbis Note:  Principal amount owing of $58,399.51 accrued but unpaid interest of $22,927.68 and late charges of $5,226.52 for a total amount due of $86,553.71 through August 29, 2013.

3

      f.      Attorney fees and costs through August 29, 2013 of $26, 139.32.

Interest shall continue to accrue on this Default Judgment at the rates set forth in the loan documents as provided by M.C.A. 600.6013(7), subsequent to August 29, 2013 until the Default Judgment is paid in full.

**IT IS FURTHER ORDERED** that Defendants shall be obligated to pay any further costs of collection incurred by Plaintiff, including attorney's fees, subsequent to August 29, 2013. If necessary, Plaintiff may request a supplemental judgment to recover such costs.

Date: September 18, 2013

                                        s/Lawrence P. Zatkoff
                                        Hon. Lawrence P. Zatkoff
                                        U.S. District Court Judge

Open.03654.82827.13246588-1